# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

OSCAR GUILLEN, SR.,      )
             )
       Plaintiff,  )
   vs.          )   2:06-cv-10-RLY-WGH
             )
JOHN DRAGOMER, et al.,    )
             )
       Defendants. )

## Order Transferring Action to Northern District of Indiana

   The plaintiff has commenced an action against the Sheriff of Lake County, Indiana, and staff at the Lake County Jail. The plaintiff's claims arise out of incidents which occurred while he was confined at the Lake County Jail. He seeks damages and injunctive relief. Lake County lies within the Northern District of Indiana.

   When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Here, the acts the plaintiff alleges in support of his claim took place in the Northern District. The evidence lies in the Northern District. Another statute, 28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Under these circumstances, the proper venue for the action is the Northern District of Indiana.

   Accordingly, and without ruling on the plaintiff's request to proceed *in forma pauperis*, the above action is now **TRANSFERRED** to the United States District Court for the Northern District of Indiana, Hammond Division.

   **IT IS SO ORDERED.**

Date: 01/13/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Oscar Guillen, Sr.   DOC #950987
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111